Steven A. Nielsen, CSB 133864
100 Larkspur Landing Circle, Suite 216
Larkspur, CA 94939
415-272-8210
Steve@NielsenPatents.com

Isaac Rabicoff
(*Pro Hac Vice* motion to be filed)
RABICOFF LAW LLC
73 W Monroe St
Chicago, IL 60603
773-669-4590
isaac@rabilaw.com

*Attorneys for Plaintiff*
*Pebble Tide LLC*

Katherine D. Prescott, SBN 215496
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071
prescott@fr.com

Joseph A. Hynds
(*Pro Hac Vice* motion to be filed)
ROTHWELL FIGG ERNST & MANBECK, P.C.
607 14th Street, N.W., Suite 800
Washington, DC 20005
Telephone: (202) 783-6040
jhynds@rfem.com

*Attorneys for Defendant*
*August Home, Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| PEBBLE TIDE LLC,<br><br>Plaintiff,<br><br>v.<br><br>AUGUST HOME, INC.,<br><br>Defendant. | Case No. 4:19-cv-02987-HSG<br><br>**STIPULATED REQUEST AND ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND EXTENSION OF TIME TO TIME FILE JOINT CASE MANAGEMENT STATEMENT [Civ. L.R. 6-2]** |

## **STIPULATION**

WHEREAS the Case Management Conference is currently scheduled for October 22, 2019 at 2:00pm, and the parties' Joint Case Management Statement is due October 15, 2019 (ECF No. 20);

- 1 -
STIPULATED REQUEST AND ORDER FOR CONTINUANCE OF CMC AND EXTENSION OF TIME TO FILE JOINT CMC STATEMENT
Case No. 4:19-cv-02987-HSG

1       WHEREAS the parties respectfully request that the Court move the Case Management Conference to December 10, 2019, or to another date thereafter at the court's convenience, and that the parties' Joint Case Management Statement be postponed in relation to the new Case Management Conference date set by the Court;

      WHEREAS the parties state the following as grounds for this stipulation and joint application for continuance:

1. This is the parties' second request for continuance of the initial Case Management Conference. Defendant previously received two extensions of time to respond to the Complaint, extending the time to answer or otherwise respond to August 16, 2019 (ECF No. 17), and to October 10, 2019 (ECF No. 20). No party has otherwise applied for any extension of time on any subject.
2. The parties are engaging in discussion and exchange of information with the goal of reaching early resolution of this case. However, the parties have not yet fully conferred regarding initial disclosures, early settlement, discovery plans, and the Joint Case Management Statement. The parties need additional time in which to prepare initial disclosures, prepare a proper discovery plan, and to continue discussing the potential for settlement of this case.

      NOW, THEREFORE, the parties respectfully request that (1) the initial Case Management Conference be continued to approximately December 10, 2019, or such date thereafter as set by the Court; and (2) the deadline for the parties' Joint Case Management Statement be postponed to seven (7) days before the rescheduled Case Management Conference.

      In accordance with Local Rule 6-2, a declaration is support of this stipulation is filed concurrently.

      A proposed order in the form of an endorsement of this stipulation, in accordance with Local Rule 7-12, is provided below.

1  Dated: October 10, 2019                          Respectfully submitted,

3  By: /s/ Steven A. Nielsen                        By: /s/ Katherine D. Prescott

   Steven A. Nielsen, CSB 133864                    Katherine D. Prescott, SBN 215496
   100 Larkspur Landing Circle, Suite 216            FISH & RICHARDSON P.C.
   Larkspur, CA 94939                                500 Arguello Street, Suite 500
   415-272-8210                                      Redwood City, CA 94063
   Steve@NielsenPatents.com                          Telephone: (650) 839-5070
                                                     Facsimile: (650) 839-5071
   Isaac Rabicoff                                    prescott@fr.com
   (*Pro Hac Vice* motion to be filed)
   RABICOFF LAW LLC                                  Joseph A. Hynds*
   73 W Monroe St                                    Jennifer P. Nock*
   Chicago, IL 60603                                 *Pro Hac Vice* motion to be filed
   773-669-4590                                      ROTHWELL FIGG ERNST & MANBECK, P.C.
   isaac@rabilaw.com                                 607 14th Street, N.W., Suite 800
                                                     Washington, DC 20005
   *Attorneys for Plaintiff*                         Telephone: (202) 783-6040
   *Pebble Tide LLC*                                 jhynds@rfem.com

                                                     *Attorneys for Defendant*
                                                     *August Home, Inc.*

### Local Rule 5-1(i)(3) Attestation

Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, I hereby attest that concurrence in the filing of this document has been obtained for the other signatories in this e-filed document.

   /s/ Steven A. Nielsen
   Steven A. Nielsen


                                ORDER

   DATED: 10/10/2019

                                        DENIED
                                        [signature]
                                        Judge Haywood S. Gilliam Jr.

                                        UNITED STATES DISTRICT COURT
                                        NORTHERN DISTRICT OF CALIFORNIA

STIPULATED REQUEST AND ORDER FOR CONTINUANCE OF CMC AND EXTENSION OF TIME TO FILE JOINT CMC STATEMENT
Case No. 4:19-cv-02987-HSG