UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

Pebble Tide LLC,

                  Plaintiff,

   v.

August Home, Inc.,

                  Defendant.

Case No. 4:19-cv-02987-HSG

**ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCES AT THE OCTOBER 22, 2019 INITIAL CASE MANAGEMENT CONFERENCE**

Having considered Plaintiff's request for its lead counsel to appear telephonically at the October 22, 2019 Initial Case Management Conference, and for good cause appearing, the Request is hereby **GRANTED**.

Isaac Rabicoff, Counsel for Plaintiff shall do the following to appear telephonically at the October 22, 2019 hearing at 2:00 p.m.: contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

IT IS SO ORDERED.

United States District Court