UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

1
2
3  PEBBLE TIDE LLC,

4              Plaintiff,

5      v.

6  AUGUST HOME, INC.,

7              Defendant.

8

Case No. 4:19-cv-02987-HSG

**ORDER GRANTING REQUEST
FOR TELEPHONIC APPEARANCES
AT THE OCTOBER 22, 2019
INITIAL CASE MANAGEMENT
CONFERENCE**

9

10      Having considered Defendant's request for its lead counsel to appear telephonically at the

11  October 22, 2019 Initial Case Management Conference, and for good cause appearing, the Request

12  is hereby **GRANTED**.

13      Joseph A. Hynds, Counsel for Defendant, shall contact CourtCall at (866) 582-6878 to make

14  arrangements for the telephonic appearance.

15

16

17

18      IT IS SO ORDERED.

19                                        United States District Court

20

21

22

23

24

25

26

27

28