Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

PEBLLE TIDE LLC )
                     Plaintiff(s), )
       v. )
AUGUST HOME, INC., )
                    Defendant(s). )

Case No: 19cv02987HSG

**APPLICATION FOR
ADMISSION OF
ATTORNEY PRO HAC VICE;
ORDER**
(CIVIL LOCAL RULE 11-3)

I, Joseph A. Hynds , an active member in good standing of the bar of District of Columbia , hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendant August Home, Inc. in the above-entitled action. My local co-counsel in this case is Katherine D. Prescott , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| Rothwell Figg Ernst & Manbeck, P.C. 607 14th St., NW, #800, Washington, DC 20005 | Fish & Richardson P.C. 500 Arguello St.#500, Redwood City, CA 94063 |
| My telephone # of record: (202) 783-6040 | Local co-counsel's telephone # of record: (650) 839-5070 |
| My email address of record: jhynds@rfem.com | Local co-counsel's email address of record: prescott@fr.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: DC 440464 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 10/10/19

Joseph A. Hynds
APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Joseph A. Hynds is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 10/22/2019

Haywood S. Gill Jr.
UNITED STATES DISTRICT JUDGE *October 2012*



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

*Joseph A Hynds*

was duly qualified and admitted on January 10, 1994 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.

**In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on October
10, 2019.**

**JULIO A. CASTILLO
Clerk of the Court**

Issued By:
District of Columbia Bar Membership